UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS A.V.M.,[1]<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT, et al.<br>Respondents. | No. 1:26-cv-5636-TLN-JDP<br>A# 220-574-741<br>**RELEASE ORDER** |

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 5, 2026, the magistrate judge filed findings and recommendations herein, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within three days. (ECF No. 21.) Respondents "generally object" "for the reasons stated in its prior pleadings." (ECF No. 22.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed October 5, 2026 (ECF No. 21) are ADOPTED in full;

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;

3. Respondents' Motion to Dismiss the Petition (ECF No. 11) is DENIED;

4. Respondents are ordered TO IMMEDIATELY RELEASE Petitioner (A# 220-574-741) from their custody subject to his prior order of supervision. At the time of release, Respondents shall return all of Petitioner's possessions and documents. Respondents must file a **notice of compliance** with this provision no later than **October 13, 2026**.

5. Respondents are ENJOINED AND RESTRAINED from re-detaining Petitioner unless they obtain a travel document for his removal, if necessary, and follow all procedures set forth in 8 C.F.R. §§ 241.4(l), 241.13(i), and any other applicable statutory and regulatory procedures;

6. The Clerk of Court is directed to serve this Order on the **California City Annex Detention Facility**, enter judgment in favor of Petitioner, and close this case.

IT IS SO ORDERED.

DATE: October 8, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE